UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * * * | CIVIL ACTION NO. 10-3322 |
| Plaintiff | * | |
| vs. | * * | SECTION "B" |
| | * | |
| RESOURCES FOR HUMAN DEVELOPMENT, INC. D/B/A FAMILY HOUSE OF LOUISIANA | * * * | |
| | * | MAGISTRATE 2 |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Resources for Human Development, Inc. d/b/a Family House of Louisiana ("RHD" or "Defendant"), for the purpose of amending its original Answer and Affirmative Defenses as follows:

RHD fully adopts and incorporates by reference its original Answer and Affirmative Defenses to Plaintiff's Complaint as if plead here *in extenso*.

### Affirmative Defenses

AND NOW for further answer, the defendant asserts the following additional affirmative defenses:

**TWENTY-FIRST DEFENSE**

As an alternative defense, defendant asserts that any alleged application of qualification standards, tests, or selection criteria used in making the decision to terminate Ms. Harrison's employment was job-related and consistent with business necessity, and maintenance of Ms. Harrison's job could not be accomplished by reasonable accommodation.

**TWENTY-SECOND DEFENSE**

In the further alternative, defendant asserts that maintaining Ms. Harrison in her position would have posed a direct threat to the health or safety of other individuals in the workplace.

**WHEREFORE,** Defendant prays:

1. That the above answer be deemed good and sufficient and, after due proceedings are had therein, there be judgment in favor of Defendant and against Plaintiff, rejecting all of Plaintiff's demands and dismissing Plaintiff's Complaint with prejudice, at the sole cost of Plaintiff; and

2. For such other and further relief to which it may be entitled in law and in equity.

Respectfully submitted,

**ADAMS AND REESE** $^{LLP}$

/s Shelly Spansel Howat
Janis van Meerveld (#18478)
Shelly Spansel Howat (# 30067)
4500 One Shell Square
New Orleans, LA 70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
***Attorneys for Defendant,***
***Resources for Human Development, Inc.***
***d/b/a Family House of Louisiana***

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 25, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system. Notice of this filing will be sent to all counsel electronically by operation of the Court's electronic filing system.

                                        s/ Shelly Spansel Howat
                                        SHELLY SPANSEL HOWAT