UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * * * | CIVIL ACTION |
| | * | NO. 10-3322 |
| Plaintiff, | * | |
| vs. | * | SECTION B |
| | * | |
| | * | MAGISTRATE 2 |
| RESOURCES FOR HUMAN DEVELOPMENT, INC. D/B/A FAMILY HOUSE OF LOUISIANA | * * * * | |
| Defendants. | * | |

## MOTION FOR SUMMARY JUDGMENT

Defendant, Resources for Human Development, Inc. d/b/a Family House of Louisiana ("RHD," "Family House" or "Defendant"), moves this Court to dismiss the claims of Plaintiff, the U.S. Equal Employment Opportunity Commission ("Plaintiff" or "EEOC"), because Plaintiff's claim of obesity-based disability discrimination, filed on behalf of Lisa Harrison, fails as a matter of law for several reasons.

First, fatal as to any actually disabled claim EEOC may be seeking to assert is the fact that plaintiff wholly failed to exhaust administrative remedies on such a claim. The EEOC apparently

intends to present to a jury a claim of disability discrimination on behalf of an individual who failed to bring any charge relating to a claim that she was "actually disabled," and who admits that she was not disabled. As such, any claim that Lisa Harrison was actually disabled must be dismissed with prejudice.

Second, the EEOC fatally fails to claim there was any physiological basis for her obesity, nor that anyone at RHD believed such a physiological basis existed. As a matter of law, without pleading and proving that a) there was a physiological basis for her obesity, or b) RHD perceived of Ms. Harrison's obesity as having a physiological basis, Ms. Harrison does not have an "impairment" within the meaning of the ADA and thus is not entitled to its protections on either an actually disabled or a regarded as disabled claim. Plaintiff's claim instead relies solely on the fact that Ms. Harrison simply possessed the physical characteristic of being obese. However, the ADA does not extend to physical characteristics, and to construe it to do so debases the high purposes of the Act. For these reasons, Plaintiff's claim should be dismissed.

Respectfully submitted,

**ADAMS AND REESE** LLP
/s Leslie A. Lanusse
Leslie A. Lanusse (#14115)
Janis van Meerveld, T.A. (#18478)
Shelly Spansel Howat (# 30067)
4500 One Shell Square
New Orleans, LA 70139
Telephone:   (504) 581-3234
Facsimile:   (504) 566-0210
***Attorneys for Defendant,***
***Resources for Human Development, Inc.***
***d/b/a Family House of Louisiana***

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system. Notice of this filing will be sent to all counsel electronically by operation of the Court's electronic filing system.

                                        s/ Leslie Lanusse
                                        LESLIE A. LANUSSE